# LEGAL AID SOCIETY OF ROCKLAND COUNTY, INC.

2 Congers Road
New City
New York 10956
(845) 634-3627
(845) 634-8505 Fax

Carl Wanderman
President

Susan Cooper
Vice President

Alexander Bursztein
Executive Director



September 4, 2009

by facsimile: 914.390.4135

Hon. Lisa Margaret Smith
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Schwartzbaum v. Emigrant
09-CV-3848(SCR)

Dear Judge Smith,

The parties by their attorneys respectfully request that this court hold in abeyance defendant's motion to dismiss until September 18, 2009. We hope in interim two (2) weeks a settlement can be reached as plaintiff is awaiting a decision on her request for a loan modification.

If the parties are not able to settle by the above date, the parties counsels will provide the court with a briefing schedule with regards to defendant's motion to dismiss.

If the court has any questions or believes that the above request is insufficient in some manner, please contact opposing counsel or myself at the court's convenience.

Yours respectfully,

Eric Feinberg, Esq.

cc: Knuckles Komosinski & Elliott, LLP

---

Handwritten order:

In light of the absence of any submitted proposed briefing schedule, it is HEREBY ORDERED that any motion shall be fully briefed & served no later than Oct. 23. Opposition shall be served no later than Nov. 20. Reply shall be served no later than Dec. 11. The parties are directed to comply with bundling rule in my individual rules - see Court website.

SO ORDERED
Lisa Margaret Smith, USMJ 9/23/09